IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABU-BAKARR DIZO-KAMARA, JR., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRENTWOOD INDUSTRIES, | : | No. 11-4491 |
| Defendant. | : | |

**ORDER**

**AND NOW**, this **19th** day of **January, 2012**, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint, and for the reasons provided in this Court's Memorandum dated January 19, 2012, it is hereby **ORDERED** that:

1. The motion (Document No. 12) is **GRANTED**.

2. Plaintiff's Amended Complaint is **DISMISSED with prejudice**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
Berle M. Schiller, J.